5/12/25

FILED BY ___NA___ D.C.
May 16, 2025
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FTL

Dear Judge Smith,

I have enclosed a copy of my last letter to you so that you know what this is regarding. I have since renewed my medical marijuana card and have enclosed the renewal confirmation as they informed me that the confirmation will serve as the actual card until it is received.

Also, I redacted my address as requested.

Again, I thank you most sincerely,

Paul D. Vandivier

4/23/25

contact Info for:
Paul Douglas Vandivier
561-400-5253
Case # 21-60101-CR
former Attys - David Braun,
Timothy Day, Jacob Cohen

Dear Judge Smith,

    Prior to my incarceration, you had approved at a hearing my use of prescribed marijuana for the pain from my osteoarthritis. I am unable to take any aniti-inflamatories since my hospitalization due to a stomach bleed where I had to have 2 seperate blood transfusions. The marijuana is my only relief from pain except opiods which I would rather not take due to their propensety for addiction.

    Upon checking with probation, they informed me that I need your approval again since they were not aware of your former approval.

    Thank you most sincerely,
Paul D. Vandivier

U.S. District Court - Southern District of Florida

Paul Vandivier 38903-509
19941 NW 32nd Ave
Miami Gardens, FL 33056

------------------------
Case: 0:21-cr-60101-RS  #503     2 pages        05/07/2025
------------------------

IMPORTANT: REDACTION REQUIREMENTS AND PRIVACY POLICY

Note: This is NOT a request for information.

Do NOT include personal identifiers in documents filed with the Court, unless specifically permitted by the rules or Court Order. If you MUST include personal identifiers, ONLY include the limited information noted below:
- Social Security number: last four digits only
- Taxpayer ID number: last four digits only
- Financial Account Numbers: last four digits only
- Date of Birth: year only
- Minor's name: initials only
- Home Address: city and state only (for criminal cases only).

Attorneys and parties are responsible for redacting (removing) personal identifiers from filings. The Clerk's Office does not check filings for personal information. Any personal information included in filings will be accessible to the public over the internet via PACER.

For additional information, refer to Fed. R. Civ. P. 5.2 and Fed. R. Crim. P. 49.1. Also see the CM/ECF Administrative Procedures located on the Court's website www.flsd.uscourts.gov.

IMPORTANT: REQUIREMENT TO MAINTAIN CURRENT MAILING ADDRESS AND CONTACT INFORMATION

Pursuant to Administrative Order 2005-38, parties appearing pro se and counsel appearing pro hac vice must file, in each pending case, a notice of change of mailing address or contact information whenever such a change occurs. If court notices sent via the U.S. mail are returned as undeliverable TWICE in a case, notices will no longer be sent to that party until a current mailing address is provided.

IMPORTANT:  ADDITIONAL TIME TO RESPOND FOR NON-ELECTRONIC SERVICE

Additional days to respond may be available to parties serviced by non-electronic means. See Fed.R.Civ.P.6(d), Fed.R.Crim.P.45(c) and Local Rule 7.1(c)(1)(A). Parties are advised that the response deadlines automatically calculated in CMECF do NOT account for and may NOT be accurate when service is by mail.  Parties may NOT rely on response times calculated in CMECF, which are only a general guide, and must calculate response deadlines themselves.

See reverse side

Subject: Activity in Case 0:21-cr-60101-RS USA v. Gerald Parker et al Order on Motion for Miscellaneous Relief

This is an automatic e-mail message generated by the CM/ECF system.
Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court

Southern District of Florida

Notice of Electronic Filing

The following transaction was entered on 5/7/2025 4:43 PM EDT and filed on 5/7/2025

Case Name: USA v. Gerald Parker et al

Case Number: 0:21-cr-60101-RS

Filer:

Document Number: 503

503(No document attached)

Docket Text:
PAPERLESS ORDER denying without prejudice [502] Motion as to Paul Vandivier (5). The attached medical marijuana card expired 4/26/2022. Signed by Judge Rodney Smith on 5/7/2025. (pm)

| | |
|---|---|
| **Subject** | MMUR ID Card Approved |
| **From** | MedicalMarijuanaUse@FLHealth.gov <MedicalMarijuanaUse@FLHealth.gov> |
| **To:** | ▮▮▮▮▮▮▮@yahoo.com> |
| **Date** | Today at 5:53 PM |

**Mission:**
To protect, promote & improve the health of all people in Florida through integrated state, county & community efforts.



**Ron DeSantis**
Governor

Joseph A. Ladapo, MD, PhD
State Surgeon General

**Vision:** To be the **Healthiest State** in the Nation

PAUL VANDIVIER

▮▮▮▮▮▮▮

MIAMI GARDENS, FL ▮▮▮

Patient# P4FM9146

Dear PAUL VANDIVIER,

You have been approved for a Medical Marijuana Use Registry Patient/Caregiver identification card and your card is currently being printed and processed by the Florida Department of Health. This email serves as a temporary verification which may be printed and used, with a photo ID, to obtain low-THC cannabis, medical marijuana, marijuana in a form for smoking, or a marijuana delivery device until you receive your Registry identification card.

Your Card ID is: 9BZ8B80TEU2Z

Your Card is valid from 05/12/2025 to 05/12/2026

Your card will be printed and mailed within 10 business days of approval and will be sent by MMCP (Medical Marijuana Card Program) in a plain white envelope.

If you have any further questions about your Medical Marijuana Use Registry identification card, please contact the Office of Medical Marijuana Use at (850) 245-4657.

Please log in to the Registry here: https://mmuregistry.flhealth.gov/

Sincerely,

Office of Medical Marijuana Use

**Florida Department of Health**
FLBoardofMedicine.gov
FloridasOsteopathicMedicine.gov
FloridaHealth.gov



Accredited Health Department

