UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-60101-CR-SMITH/VALLE

UNITED STATES OF AMERICA

vs.

PAUL VANDIVIER,
    a/k/a "Doug Wright,"

        **Defendant.**
_____/

## GOVERNMENT'S OBJECTION TO PAUL VANDIVIER'S MOTION FOR PERMISSION TO USE MEDICAL MARIJUANA

Paul Vandivier moves the Court to allow him to use marijuana on supervised release pursuant to a State of Florida medical marijuana card he recently obtained. The United States will construe Vandivier's motion as a motion to modify the mandatory condition of supervised release precluding him from unlawfully possessing controlled substances to allow him to use marijuana pursuant to the Florida medical marijuana card. See DE450, page 3 (number 2). The United States currently opposes Vandivier's request to modify his supervised release because, according to the assigned United States Probation officer, Vandivier has not first raised this request with United States Probation. United States Probation is in the best position to first evaluate Vandivier's request to modify his supervised release.

## **CONCLUSION**

For all these reasons, the Court should deny Vandivier's request to modify his conditions of supervised release based on the current record.

Dated:  June 6, 2025

Respectfully submitted,

HAYDEN P. O'BYRNE
UNITED STATES ATTORNEY

By:   /s/    Elizabeth Young
ELIZABETH YOUNG
Assistant United States Attorney
Court ID No. A5501858
Elizabeth.Young@usdoj.gov
United States Attorney's Office
99 Northeast 4th Street
Miami, Florida 33132-2111
Tel: (786) 761-3153